**Order entered May 23, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00194-CV

**JOHN H. ROACH, INDIVIDUALLY, AND AS SOLE TRUE TRUSTEE OF THE CREDIT SHELTER TRUST AND THE MARITAL TRUST, Appellant**

**V.**

**PATRICIA S. ROACH, ET AL., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-21-00540-1**

## ORDER

Before the Court is appellant's May 20, 2022 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **July 1, 2022**.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE